IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SHAUNA LAMBERT, | : |
| *Plaintiff*, | : |
| vs. | : Case No. 1:21-cv-188 |
| CITY OF CINCINNATI, *et al.*, | : Judge Jeffery P. Hopkins |
| *Defendants*. | : |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation (Doc. 25) issued by Magistrate Judge Karen L. Litkovitz on August 22, 2024. The Magistrate Judge recommends that Defendants' motion to dismiss (Doc. 14) be granted in part and denied in part. Specifically, the Magistrate Judge recommends that (1) Plaintiff's claims against Individual Defendants John Cranley, Paula Boggs Muething, and Eliot Issac be dismissed, (2) Plaintiff's hostile environment claim be dismissed, and (3) that Plaintiff's remaining claims against Defendant City of Cincinnati be permitted to proceed. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the fact of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022).

Accordingly, Defendants' motion to dismiss (Doc. 14) is hereby **GRANTED IN PART** and **DENIED IN PART**. A preliminary pretrial conference will be set by separate entry.

    **IT IS SO ORDERED.**

Dated:  September 20, 2024

                                                  Hon. Jeffery P. Hopkins
                                                  United States District Judge